AUSA Kelley

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:26-mj-61 |
| | ) |
| Andrew H. SCOLES | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 6, 2026____ in the county of ____Franklin____ in the

____Southern____ District of ____Ohio____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) | Possession of a firearm/ammunition by a Convicted Felon |
| 21 U.S.C §§ 841(a)(1) | Distrubtion of 50 grams or more of a mixture containing Methamphetamine |
| 21 U.S.C §§ 841(b)(1)(B)(viii) | Distribution of 50 grams or more of a mixture containing Methamphetamine |

This criminal complaint is based on these facts:

See Attachment A (affidavit), incorporated herein by reference.

☑ Continued on the attached sheet.

RYAN EDWARDS   Digitally signed by RYAN EDWARDS
Date: 2026.02.06 13:21:32 -05'00'

*Complainant's signature*

Ryan Edwards, ATF Special Agent #7024

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____February 6, 2026____

Kimberly A. Jolson
United States Magistrate Judge

City and state: ____Columbus, Ohio____

AO 91 (Rev. 11/11) Criminal Complaint

---

## ATTACHMENT A

I, Ryan Edwards, being duly sworn, depose and state that:

I have been a Special Agent, with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since February of 2024.  I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program.  As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to firearms violations and narcotics violations.  As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Andrew H. SCOLES, (DOB: 01/27/1979) for possession of a firearm and/or ammunition by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1) and Distribution/Possession with Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)(viii).  The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other sources of information relative to firearms and narcotics investigations.  This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. Between the dates of January 14, 2026, and January 22, 2026, a Confidential Informant conducted two controlled purchases of Methamphetamine from SCOLES at his residence of 146 Winona Boulevard, Chillicothe, Ohio 45601. This was not only confirmed by physical surveillance, but the Confidential Informant was equipped with Electronic Surveillance Equipment which both video and audio recorded the two controlled purchases from SCOLES. When this audio and video recording was reviewed, ATF Investigators were able to positively identify SCOLES as the suspect selling the Methamphetamine to the Confidential Informant in the garage of the residence during the first controlled purchase. During the second controlled purchase, ATF Investigators were able to positively identify SCOLES as the suspect selling the Methamphetamine to the Confidential Informant in the living room of the residence. The Methamphetamine purchased was a total approximate weight of 128.2 grams. ATF Investigators conducted two (2) field tests of the Methamphetamine purchased on both occasions from SCOLES and each test did provide a positive result for Methamphetamine. When conducting a controlled purchase using a Confidential Informant, ATF Investigators search the informant before the purchase and after to ensure the informant is not in possession of firearms, narcotics or any other contraband.

3. On February 6, 2026, Special Agents and Task Force Officers with ATF were conducting a federal search warrant at the location of 146 Winona Boulevard, Chillicothe, Ohio 45601. Andrew's brother, Albert Scoles, who also lives in the residence, was present during the search warrant. Kalisha Sheets and Craig Sullivan, who are occupants of the camper located

AO 91 (Rev. 11/11) Criminal Complaint

in the back yard of the residence were present as well. The location is SCOLES's personal residence. Your affiant knows the location to be his residence because when ATF investigators conducted an in-person interview of SCOLES, SCOLES acknowledged this residence as his primary residence. This interview took place on December 5, 2025, at the ATF Columbus IV Field Office located at 230 West Street, Columbus, Ohio 43215.

4. While executing the Federal search warrant, investigators recovered approximately eight (8) firearm(s) from the residence. One of the firearm(s) recovered is more specifically identified as a Anderson AM-15 Rifle with an obliterated serial number recovered within a closet directly next to the downstairs kitchen of 146 Winona Boulevard, Chillicothe, Ohio 45601.

5. An ATF Nexus expert determined that the aforementioned firearm(s) were not manufactured in the state of Ohio and therefore would have affected interstate and/or foreign commerce to arrive in Ohio.

6. A review of SCOLES's criminal history shows that he has been convicted of the following criminal offenses which would prohibit his possession of a firearm under Title 18 U.S.C.§ 922(g)(1):

    a. One (1) count of Improperly Handling Weapons in a Motor Vehicle, a felony of the fourth degree, by the Pickaway County Court of Common Pleas, case number 2016CR0025.
    b. One (1) count of Having Weapons Under Disability, a felony of the third degree, by the Ross County Court of Common Pleas, case number 19CR000481.
    c. One (1) count of Receiving Stolen Property, a felony of the fourth degree, by the Ross County Court of Common Pleas, case number 19CR000481.

7. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms violations, your affiant believes that probable cause exists to believe that on or about February 6, 2026, Andrew H. SCOLES, a Convicted Felon, did possess a firearm which was not manufactured in the State of Ohio and therefore traveled in and/or affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1). Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal narcotics violations, your affiant believes that probable cause exists to believe that between January 14, 2026 and January 22, 2026, Andrew H. SCOLES did Distribute 50 grams or more of a mixture containing Methamphetamine in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)(viii).

RYAN EDWARDS

Digitally signed by
RYAN EDWARDS
Date: 2026.02.06
13:09:12 -05'00'

AO 91 (Rev. 11/11) Criminal Complaint

Ryan Edwards, ATF Special Agent

Sworn to before me and signed in my presence.

February 6, 2026

_____
Date

Kimberly A. Jolson
United States Magistrate Judge